MANHATTANVILLE COLLEGE, Appellant, v JAMES JOHN ROMEO CONSULTING ENGINEER, P.C., et al., Respondents, et al., Defendants.

Submitted December 4, 2006; decided February 13, 2007

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

Judge JONES taking no part.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONNA CARNETT, Appellant.

Submitted February 5, 2007; decided February 13, 2007

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 dismissed as untimely.

Judge JONES taking no part.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALLEN HARPER, Appellant.

Submitted January 18, 2007; decided February 13, 2007

Motion for reargument denied [see 7 NY3d 882].

Judge JONES taking no part.